ANNA T. REIDY *vs.* ACTING DIRECTOR OF CIVIL SERVICE & another. March 29, 1968. The petitioner appeals from an order of the Superior Court sustaining a demurrer to her petition for a writ of certiorari. The petitioner alleges that she made the highest grade in a civil service examination for the position of "Supervisor of Appraisals" in a division of the State Department of Corporations and Taxation; that other candidates with lower grades have been appointed to the position of "Supervisor of Appraisals"; and that the petitioner, although otherwise qualified, has not been appointed, solely because of her sex. She asks that the "[r]espondents be ordered to appoint . . . [her] to . . . [that] position." The petitioner did not appeal the alleged decision of the Acting Director of Civil Service to the Civil Service Commission under G. L. c. 31, § 2 (b), and thus has not exhausted her remedies. General Laws c. 31, § 12A, does not support the petitioner's contention that such an appeal can be taken only from a written decision of the acting director. In addition, it appears that the alleged actions of the acting director and of the respondent Commissioner of Corporations and Taxation are administrative and not quasi-judicial in nature, and therefore are not open to review on certiorari. G. L. c. 31, § 2A. *Attorney Gen.* v. *Mayor & Aldermen of Northampton*, 143 Mass. 589. *Clark* v. *City Council of Waltham*, 328 Mass. 40. *Good* v. *School Comm. of Cambridge, ante*, 759.

*Order sustaining demurrer affirmed.*

*Bernard A. Kansky* for the petitioner.
*Edward W. Hanley, III*, Deputy Assistant Attorney General (*Carol H. Claff*, Legal Assistant to the Attorney General, with him), for the respondents.

JOSEPH L. WEINFELD *vs.* BOARD OF ASSESSORS OF HULL. April 3, 1968. This is an appeal from a decision of the Appellate Tax Board in favor of the board of assessors in proceedings under the informal procedure contesting the assessed valuation of certain real estate in Hull for the year 1960. The appellant has stipulated in the county court (with the approval of a single justice) that our decision in the 1960 case shall apply also to cases for the years 1961 through 1964, inclusive. The record and the facts thereby disclosed do not present any issue of law which this court may review in a matter decided by the Appellate Tax Board under the informal procedure. G. L. c. 58A, § 7A, as amended through St. 1945, c. 621, § 3. See also § 13, as amended through St. 1965, c. 597, § 3A.

*Decision affirmed.*

*Joseph L. Weinfeld*, pro se, submitted a brief.
No argument or brief for the Board of Assessors of Hull.